UNITED STATES Bankruptcy Court
Northern District of Texas

Tracy Shon Nixon
Plaintiff

v.

Attorney General of
The STATE of Texas
Greg Abbott
Defendant

Case 12-31705-hdh7
chapter No. 7

**FILED**
JUL 13 2012
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

findings of fact and
conclusion of law

To The honorable Court, Plaintiff Tracy Shon Nixon files Request for findings of fact and conclusion of law. Of the Set hearing or, Order Denying Debtor's motions signed June 15, 2012, by Judge Hale and the May 29, 2012 ORDER Dismissing case for failure To Pay filing fee In Installments. and June 13, 2012 Hearing, motion to Dismiss Docket NO.30

Respectfully Submitted
Tracy Nixon 12077648
N5E07 P.O Box 660334
Dallas Texas 75214